No. 16.—SEABORN A. SMITH, and others, plaintiffs in error, *vs*. THE JUSTICES OF THE INFERIOR COURT of Randolph county.

This cause was called in its order upon the second day of the Term, and no assignments of error having been filed, and there being no appearance for either plaintiff or defendant, and no motion made, by order of the Court it was stricken from the Docket, and the writ of error dismissed.